1  Al Lustgarten, Bar # 189503
   Lustgarten Law
   30851 Agoura Rd # 114
2  Agoura Hills, Ca 91301
   Phone; 818-907-5866   Fax 818-461-5959
3  Attorney for Plaintiff

4              UNITED STATES DISTRICT COURT
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6  J&J SPORTS PRODUCTIONS, INC,         )
                                        )
7          Plaintiff,       vs.         )   Case No.: 8:11-CV-01731-WDK-FMOx
                                        )
8  CHAU THI HONG VO, et al,             )   **RENEWAL OF JUDGMENT BY CLERK**
                                        )
9          Defendant,                   )   [NUNC PRO TUNC TO 9/27/2023 PER ORDER [22]]
                                        )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant, Chau Thi Hong Vo, an individual d/b/a California Cafe, entered on March 25, 2013, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 5,040.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | **Subtotal** *(add a and b)* | **$** | **5,040.00** |
| d. | Credits | $ | 0.00 |
| e. | **Subtotal** *(subtract d from c)* | **$** | **5,040.00** |
| f. | Interest after judgment (.15%) | $ | 75.64 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| h. | **Total renewed judgment** (add e, f and g) | **$** | **5,115.64** |

Dated: October 08, 2023 _____   CLERK, by Deputy _____

[NUNC PRO TUNC TO 9/27/2023 PER ORDER [22] ]

Kiry A. Gray,
Clerk of U.S. District Court

Renewal of Judgment